United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MUANG WIN MYINT,** | § | |
| | § | |
| ***Petitioner,*** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-2886** |
| | § | |
| **MARTIN FRINK,** | § | |
| | § | |
| ***Respondents.*** | § | |

**ORDER**

On May 14, 2026, Respondents filed an Advisory with the Court indicating that on October 15, 2025, Petitioner received a copy of a written removal order reserving Petitioner's right to appeal. ECF No. 14; ECF No. 14 – Ex. 1. The removal order included a notation which read "Appeal Due: 11/14/2026" and did not contain any further detail concerning the process for filing an appeal. The Court asks Respondents to file a supplemental advisory discussing whether Respondents complied with the notice requirements of 8 C.F.R. § 1240.13(d). The Court also asks Respondents to clarify the means available to Petitioner for translating any documents he received into his native language.

Respondents shall file this advisory by June 3, 2026. Respondents Motion for Hearing (ECF No. 16) is **DENIED.**

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 27th day of May, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE