United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MAUNG WIN MYINT,** | § | |
| | § | |
| ***Petitioner,*** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-2886** |
| | § | |
| **MARTIN FRINK, *et al.*,** | § | |
| | § | |
| ***Respondents.*** | § | |

**ORDER**

The Court **DENIES** as moot Respondents' Motion for Summary Judgment (ECF No. 8); Petitioner's Motion for Appointment of Counsel Pursuant to 18 U.S.C. § 3006A (ECF No. 11); Respondents' Motion to Lift Stay of Transfer for Removal (ECF No. 13); Renewed Motion to Lift Stay of Transfer for Removal (ECF No. 15).

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 14th day of July, 2026.

_________________________________
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE